# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MICHAEL L. DOUGLAS**　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC #82929**

**v.**　　　　　**CASE NO.: 5:09CV00380-SWW-BD**

**RAY HOBBS, Interim Director,**
**Arkansas Department of Correction**　　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner Michael L. Douglas's Petition for Writ of Habeas Corpus (docket entry #2) is DISMISSED with prejudice.

IT IS SO ORDERED, this 21st day of May, 2010.

　　　　　　　　　　　　　　　　　　　　　／s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE