# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MICHAEL L. DOUGLAS**                                                                  **PETITIONER**
**ADC #82929**

**v.**              **CASE NO.: 5:09CV00380-SWW-BD**

**RAY HOBBS, Interim Director,**
**Arkansas Department of Correction**                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 21st day of May, 2010.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE